# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MACHEL HUNT,    Plaintiff v. EMORY UNIVERSITY,    Defendant | Civ. No. 1:19-cv-05808-WMR-LTW |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of March 2020, I served a true and correct copy of **DEFENDANT'S INITIAL DISCLOSURES** by email, addressed to the following attorney of record:

> Anthony Bullock, Esq.
> Morgan & Morgan
> 191 Peachtree Street NE, Suite 4200
> Atlanta, Georgia 30303
> abullock@forthepeople.com

>> *s/Burton F. Dodd*
>> Burton F. Dodd
>> Georgia Bar No. 223880